File No.: 13364

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21038 CMB |
| | : | |
| Timothy J. Lipscomb and | : | Chapter 13 |
| Denise N. Lipscomb, | : | |
| | : | Document No.   42 |
| Debtors, | : | |
| | : | |
| Timothy J. Lipscomb and | : | |
| Denise N. Lipscomb, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by Court, Debtors, Timothy J. Lipscomb and Denise N. Lipscomb, hereby request to substitute Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr, 1310 Morrell Avenue, Suite C, Connellsville, PA 15425 as Counsel of Record in place of Daniel R. White, Esquire and Zebley, Mehalov & White, P.C., 18 Mill Street Square, Uniontown, PA 15401.

Contact information for new Counsel is as follows:
Firm Name: Tremba, Kinney, Greiner & Kerr
Address: 1310 Morrell Avenue, Suite C, Connellsville, PA 15425
Telephone: 724-628-7955
Email: dwhite@westpalawyers.com

We, the Debtors in this case, consent to the above substitution and hereby assign all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley Mehalov & White, P.C. as of the date of this Order, instead to be remitted to Daniel R.

White, Esquire and Tremba, Kinney, Greiner & Kerr and that the distribution of fees to Zebley, Mehalov & White, P.C. is terminated as of December 31, 2023. The terms of the new representation shall be identical to the terms of the original retainer agreement with Zebley, Mehalov & White, P.C., assigning all rights and obligations from Zebley, Mehalov & White, P.C. to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr. We have signed a new fee agreement with Tremba, Kinney, Greiner & Kerr.

/s/Timothy J. Lipscomb
Timothy J. Lipscomb, Debtor

/s/Denise N. Lipscomb
Denise N. Lipscomb, Debtor

The law firm of Zebley, Mehalov & White, P.C. consents to being substituted and hereby assigns all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley, Mehalov & White, P.C., as of the date of this Order, instead to be remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr and to terminate the distribution to Zebley, Mehalov & White, P.C. as of December 31, 2023. The terms of the new representation shall be identical to the terms of the original retainer agreement with Zebley, Mehalov & White, P.C., assigning all rights and obligations from Zebley, Mehalov & White, P.C. to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr.

/s/ Charles O. Zebley, Esquire
Charles O. Zebley

/s/ Mark M. Mehalov, Esquire
Mark M. Mehalov

/s/ Daniel R. White, Esquire
Daniel R. White

Current Counsel of Record, Daniel R. White, Esquire consents to the above substitution and agrees that all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley, Mehalov & White, P.C. as of the date of this Order, instead to be remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr and that the distribution of fees to Zebley, Mehalov & White, P.C. is terminated as of December 31, 2023. The terms of the new representation shall be identical to the terms of the original retainer agreement with Zebley, Mehalov & White, P.C., assigning all rights and obligations from Zebley, Mehalov & White, P.C. to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr.

      /s/ Daniel R. White, Esquire
      Daniel R. White

    The Chapter 13 Trustee, Ronda J. Winnecour, consents to the above substitution, agrees that all remaining, unpaid and future legal fees (inclusive of balances outstanding on no-look fees and fee applications whether approved or outstanding) due to be paid to Daniel R. White, Esquire and Zebley, Mehalov & White, P.C. as of the date of this Order, and are directed instead to be remitted to Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr at 1310 Morrell Avenue, Suite C, Connellsville, PA 15425 and that the distribution of fees to Zebley, Mehalov & White, P.C. is terminated as of December 31, 2023.

      /s/Owen W. Katz
      Office of the Chapter 13 Trustee
      US Steel Tower, Suite 3250
      600 Grant Street
      Pittsburgh PA 15219
      (412) 471-5566 x3124
      okatz@chapter13trusteewdpa.com

    The substitution of attorney is hereby approved and so Ordered this __12th__ day of __February__, 2024. Daniel R. White, Esquire and Tremba, Kinney, Greiner & Kerr are approved as Attorney of Record.

      *Carlota M. Böhm* dmk
      U.S. Bankruptcy Judge

      FILED
      2/12/24 9:28 am
      CLERK
      U.S. BANKRUPTCY
      COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21038-CMB |
| Timothy J. Lipscomb, Sr. | Chapter 13 |
| Denise N. Lipscomb | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy J. Lipscomb, Sr., Denise N. Lipscomb, P.O. Box 691, New Salem, PA 15468-0691 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Timothy J. Lipscomb  Sr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Joint Debtor Denise N. Lipscomb lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Isanthes LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 12, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 5