IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | TIMOTHY J. LIPSCOMB, SR. and DENISE L. LIPSCOMB : : | Bankruptcy No. 22-21038 CMB Chapter 13 |
| | Debtor : | |
| | : | |
| Movant | LAND HOME FINANCIAL SEVICES, INC. : : | Document No. |
| | v. : : : | |
| Respondent (if none, then "No Respondent") No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    LAND HOME FINANCIAL SERVICES, INC

    Incorrect Address: P.O. BOX 25164
    SANTA ANA, CA 92799-5164

Corrected Address:    P.O. BOX 660155
    DALLAS, TX 75266-0155

    Creditor Name:    LAND HOME FINANCIAL SERVICES, INC.

    Correct Address:    P.O. BOX 660155
    DALLAS, TX 75266-0155

Dated    2/25/2025

    Electronic Signature of Debtor(s)' Attorney
    /s/Tammy Terrell-Benoza

    Typed Name
    TAMMY TERRELL-BENOZA, ESQ.

    Address
    FEIN, SUCH, KAHN & SHEPARD, P.C.
    7660 IMPERIAL DRIVE, SUITE 121
    ALLENTOWN, PA 18195

    Phone No.
    (610) 395-3535

    Bar I.D. and State of Admission
    325339 - PA

**Land Home FINANCIAL SERVICES, INC.**
*Your Preferred Community Lender*

3611 South Harbor Boulevard, Suite100
Santa Ana, CA 92704
Phone: (877) 557-9042
https://servicing.lhfs.com/

February 12, 2025

TIMOTHY J LIPSCOMB
DENISE N LIPSCOMB
PO BOX 691
NEW SALEM, PA 15468-0069

Loan Number:

Property Address:   18 GRANT ST
                    NEW SALEM, PA 15468

Subject: Change of Payment Address

Dear TIMOTHY J LIPSCOMB DENISE N LIPSCOMB,

Thank you for being a valued member of the Land Home family. Land Home Financial Services, Inc., is writing to formally notify you of a change in address concerning the payment address. This change is designed to provide you with a more personalized and responsive experience, and we are confident it will enhance your overall satisfaction. Please update your records accordingly.

**Previous Address:**
P.O. Box 25164, Santa Ana CA 92799-5164

**New Address:**
P.O. Box 660155, Dallas, Texas 75266-0155

To make your payment process even more convenient, we encourage you to set up Automatic Clearing House (ACH) payments. ACH payments are a secure and hassle-free way to ensure your mortgage payments are made on time, every time. By enrolling in ACH, you can avoid the need to mail checks and reduce the risk of late payments. To set up ACH payments, please visit our website below or contact our Customer Service team for assistance.

Enrolling in our ACH program is easy and hassle-free. Simply create an online account on our website (https://servicing.lhfs.com/), which will allow you to view your loan information. Set up recurring payments by clicking on the "Payments" menu option in the website. You will need your new Land Home loan # and your Social Security number to register.

This change is effective immediately. If you have any concerns, please reach out to our Customer Service team at **877-557-9042**, available Monday through Friday from 6 a.m. to 5 p.m. PST.

Thank you for your attention to this matter, we look forward to continuing to serve you!

Sincerely,

Land Home Financial Services
3611 South Harbor Blvd, Suite 100
Santa Ana, CA 92704
Toll Free - (877) 557-9042 from 6:00 a.m. – 5:00 p.m. PST Monday through Friday

**Disclosure**:  This is an attempt to collect a debt. Any information obtained will be used for that purpose (FDCPA 15 U.S.C. §§ 1692 *et seq*). You are now communicating with a debt collector.  It does not imply that Land Home Financial Services, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| IN RE: | Case No.: 22-21038 CMB |
|---|---|
| Timothy J. Lipscomb, Sr. and Denise N. Lipscomb | Chapter: 13 |
| Debtor(s) | |

### CERTIFICATION OF SERVICE

I, <u>*Ruth Essington*</u> :

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Fein, Such, Kahn & Shepard, PC, who represents the

Secured Creditor, LAND HOME FINANCIAL SERVICES, INC. in this matter.

☐ am the _____ in the above case and am representing myself.

On *March 03, 2025*, this office caused to be mailed a copy of the following pleadings and/or

documents to the parties listed in the chart below:

a.  Notice of Change of Address

I hereby certify that copies of Notice of Change of Address was served by ECF notice (electronically) upon:

| **Debtor's Counsel:**<br><br>Daniel R. White<br>Tremba, Kinney, Greiner & Kerr, LLC<br>1310 Morrell Avenue<br>Suite C<br>Connellsville, PA 15425<br><br>**Trustee:**<br><br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br><br>**Debtor(s):**<br><br>Timothy J. Lipscomb, Sr.<br>Denise N. Lipscomb<br>P.O. Box 691<br>New Salem, PA 15468 | **U.S. Trustee:**<br><br>Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222<br><br>I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.<br><br>Date: _03/03/25_<br><br>Name: _/s/RuthEssington_<br>Title:   Paralegal |
|---|---|