IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | TIMOTHY J. LIPSCOMB and DENISE A. LIPSCOMB, | : | Bankruptcy No. 22-21038-CMB |
| | | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| | | : | Document No. |
| Movant | LAND HOME FINANCIAL SERVICES, INC., as servicer for ISANTHES, LLC | : | |
| | | : | |
| | v. | : | |
| | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | : | | |
| | No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

Creditor Name:  LAND HOME FINANCIAL SERVICES, INC.

Incorrect Address: P.O. BOX 660155
DALLAS, TX 75266-0155

**Corrected Address:**  **PLEASE NOTE THE CHANGE OF ADDRESS IS FOR NOTICES ONLY. THE MAILING ADDRESS FOR PAYMENT IS NOT AFFECTED.

Creditor Name:  LAND HOME FINANCIAL SERVICES, INC.

Correct Address: 1355 WILLOW WAY, SUITE 250
CONCORD, CA 94520

Dated   12/2/2025

Electronic Signature of Debtor(s)' Attorney
/s/Tammy Benoza

Typed Name
TAMMY BENOZA, ESQ.

Address
FEIN, SUCH & CRANE, LLP
7660 IMPERIAL WAY, SUITE 121
ALLENTOWN, PA 18195

Phone No.
(610) 395-3535

Bar I.D. and State of Admission
PA-325339

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| IN RE:<br><br>TIMOTHY J. LIPSCOMB, SR. and ENISE N. LIPSCOMB,<br><br>Debtor(s) | Case No.: 22-21038 CMB<br><br>Judge Carlota M Bohm<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

I, *Ruth Essington*:

☐ represent the _____ in this matter.

☒ am the secretary/paralegal for Fein, Such, Kahn & Shepard, PC, who represents the Secured Creditor, Land Home Financial Services, Inc., as servicer for Isanthes LLC in this matter.

☐ am the _____ in the above case and am representing myself.

On *December 08, 2025*, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

a. Notice of Change of Address.

I hereby certify that copies of notice of Address Change was served by ECF notice (electronically) upon:

| **Debtor's Counsel:**<br><br>Daniel R. White<br>Calaiaro Valencik<br>8 Nickman Plaza<br>Lemont Furnace, PA 15456 | **U.S. Trustee:**<br><br>Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 |
|---|---|
| **Trustee:**<br><br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | |

This office caused to be mailed a copy of this pleading by regular mail the same in a sealed envelope, with postage prepaid thereon, addressed to the last known addresses as indicated below:

**Debtor(s):**

Timothy J. Lipscomb, Sr.
Denise N. Lipscomb
P.O. Box 691
New Salem, PA 15468

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _12/08/25_   _/s/Ruth Essington_
                          Paralegal